UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SADAKAO A. WHITTINGTON,

    Plaintiff,

v.

CA DEPT OF CORRECTIONS et al,

    Defendant.
                                  /

Case Number: CV09-02636 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sadakao Antonio Whittington F-84706
H.D.S.P.
P.O. Box 3030
Susanville, CA 96127

Dated: March 3, 2010

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk