UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADAKAO A. WHITTINGTON, | No. C 09-2636 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing an action in the Eastern District of California concerning a strip search at North Kern State Prison.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 3, 2010

_____
SUSAN ILLSTON
United States District Judge