UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADAKAO A. WHITTINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,<br><br>    Defendants. | No. C 09-2636 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing an action in the Eastern District of California concerning a strip search at North Kern State Prison.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 3, 2010

_____
SUSAN ILLSTON
United States District Judge